# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE PRISON, CORCORAN, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00108-BAM (PC)<br><br>ORDER STRIKING UNSIGNED RENEWED MOTION FOR APPOINTMENT OF COUNSEL<br><br>(ECF No. 12) |

Plaintiff Fred Feleki Martinez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's renewed motion for appointment of counsel, filed on March 25, 2019. (ECF No. 12.)

However, Plaintiff's renewed motion lacks any signature. Both Federal Rule of Civil Procedure 11(a) and this Court's Local Rule 131(b) require that all pleadings and non-evidentiary documents must be signed by the filing party, if the filing party is unrepresented by counsel. Since Plaintiff is unrepresented by counsel and failed to sign his renewed motion, the Court must strike Plaintiff's renewed motion from the record.

//

//

///

1

Accordingly, Plaintiff's renewed motion for appointment of counsel, (ECF No. 12), is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated: **March 27, 2019** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE