# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA STATE PRISON, CORCORAN, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00108-DAD-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE ECF NOs. 18 AND 19 ON PLAINTIFF AT CALIFORNIA MEDICAL FACILITY |

Plaintiff Fred Feleki Martinez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 16, 2019, the undersigned issued findings and recommendation recommending that Plaintiff's motion for preliminary injunction be denied and directing Plaintiff to file any objections thereto within fourteen days after service of the findings and recommendation. (ECF No. 18.) On May 20, 2019, the undersigned issued a screening order granting Plaintiff leave to file a first amended complaint or notify the Court of his willingness to proceed only on the claims found cognizable by the Court within thirty days from the date of service of the order. (ECF No. 19.)

However, it has come to the Court's attention that Plaintiff is currently incarcerated at California Medical Facility, and not at Kern Valley State Prison, his address of record. The Court reminds Plaintiff that he has a continuing duty to notify the Court of any change of address. Absent such notice, service of documents at his prior address shall be fully effective. Local Rule 182(f). Therefore, since the Court is uncertain whether Plaintiff's change of address is temporary or

1

enduring, the Court will not change Plaintiff's address of record in this case. Nevertheless, as there are several upcoming deadlines in this action, the Court will re-serve the May 16, 2019 findings and recommendation and the May 20, 2019 screening order on Plaintiff at California Medical Facility.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to re-serve the findings and recommendation issued on May 16, 2019, (ECF No. 18), and the screening order issued on May 20, 2019, (ECF No. 19), on Plaintiff at the following address:

    Fred Feleki Martinez, CDCR # G-36444

    California Medical Facility

    P.O. Box 2000

    Vacaville, CA 95696-2000;

2. In light of the re-service, any objections to the May 16, 2019 findings and recommendation are due within **fourteen (14) days** from the date of re-service of the findings and recommendation, (ECF No. 18); and

3. Further, Plaintiff may file a first amended complaint curing the deficiencies identified in the May 20, 2019 screening order or notify the Court in writing that he does not want to file a first amended complaint and he is willing to proceed only on the claims found to be cognizable by the Court in the May 20, 2019 screening order within **thirty (30) days** from the date of re-service of the screening order, (ECF No. 19).

IT IS SO ORDERED.

Dated: **June 10, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE