# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA STATE PRISON, CORCORAN, et al.,<br><br>  Defendants. | Case No. 1:19-cv-00108-DAD-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR CASE STATUS<br><br>(ECF No. 24) |

Plaintiff Fred Feleki Martinez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's letter to the Court, filed on October 11, 2019, which the Court interprets as a notice of change of address and a request for case status. (ECF No. 24.) Plaintiff states that he is writing because he is notifying the Court of his change of address and because he has not heard anything from the Court since he sent the Court written notice of his willingness to proceed only on the cognizable claims identified by the Court. Additionally, Plaintiff states that he would like to add a claim for punitive damages to his complaint.

Initially, the Court reminds Plaintiff that, generally, the Court will not respond in writing to individual inquiries regarding the status of a case. (ECF No. 23, at 3-4.) However, given Plaintiff's request to add a claim for punitive damages to his complaint, Plaintiff's request for

1

case status is GRANTED.

Plaintiff is informed that, on June 13, 2019, the Court received Plaintiff's written notice of his willingness to proceed only on the cognizable claims identified by the Court. (ECF No. 21.) On June 20, 2019, the undersigned issued findings and recommendations that this action proceed on Plaintiff's complaint for excessive force in violation of the Eighth Amendment against Defendants Rubio, Alcocer, and Quintana, for failure to intervene against Defendants Stroud and Alcocer, and for deliberate indifference to serious medical needs against Defendants Rubio, Alcocer, Quintana, and Stroud, and that all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (ECF No. 22.) The findings and recommendations are still pending before the assigned District Judge. The Court has issued no other orders in Plaintiff's case. Further, so long as Plaintiff keeps the Court apprised of his current address, Plaintiff will receive copies of all Court decisions which might affect the status of his case.

Additionally, with regards to Plaintiff's request to add a claim for punitive damages to his complaint, this request is moot because Plaintiff's complaint already includes a claim for punitive damages. (ECF No. 1, at 6.)

Accordingly, Plaintiff's request for case status, (ECF No. 24), is GRANTED, as set forth above.

IT IS SO ORDERED.

Dated: **October 16, 2019**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE