# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELIKI MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE PRISON CORCORAN, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-00108-DAD-BAM (PC)<br><br>ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' ANSWER<br><br>(ECF No. 37) |

Plaintiff Fred Feliki Martinez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Rubio, Alcocer, and Quintana for excessive use of force, against Defendants Stroud and Alcocer for failure to intervene, and against Defendants Ruibo, Alcocer, Quintana, and Stroud for deliberate indifference to serious medical needs.

On March 23, 2020, Defendants answered Plaintiff's complaint. (ECF No. 35.) On April 7, 2020, Plaintiff filed a response to Defendants' answer. (ECF No. 37.)

In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer. Fed. R. Civ. P. 7(a). The Court has not ordered a reply to Defendants' answer and declines to make such an order.

1

Accordingly, Plaintiff's response to Defendants' answer, filed on April 7, 2020, (ECF No. 37), is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **April 8, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE