UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br>                Plaintiff,<br><br>v.<br><br><br>CALIFORNIA STATE PRISON CORCORAN, et al.,<br>                Defendants. | 1:19-cv-00108-DAD-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF **FRED FELEKI MARTINEZ, CDCR #G-36444**, VIA VIDEO CONFERENCE<br><br>DATE: May 28, 2020<br>TIME: 10:00 a.m. |

     Fred Feleki Martinez, inmate, CDCR #G-36444, a necessary and material on his own behalf in a Settlement Conference in this case on May 28, 2020, is confined at California Medical Facility, 1600 California Dr., Vacaville, CA 95696, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference** in Courtroom #9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on May 28, 2020, at 10:00 a.m.

     **ACCORDINGLY, IT IS ORDERED that:**

     1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by video conference** before the United States District Court at the time and place above, until completion of settlement proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

     2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California Medical Facility**

     **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by video conference** at the time and place above, until completion of settlement proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **April 29, 2020**        /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

