# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE PRISON CORCORAN, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00108-DAD-BAM (PC)<br><br>ORDER GRANTING MOTION TO RESCHEDULE MAY 28, 2020 VIDEO SETTLEMENT CONFERENCE<br>(ECF No. 40)<br><br>**Date: July 27, 2020**<br>**Time: 11:00 a.m.**<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE FRED FELEKI MARTINEZ, CDCR #G-36444<br>(ECF No. 39)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON CALIFORNIA MEDICAL FACILITY |

    Plaintiff Fred Feleki Martinez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Rubio, Alcocer, and Quintana for excessive use of force, against Defendants Stroud and Alcocer for failure to intervene, and against Defendants Rubio, Alcocer, Quintana, and Stroud for deliberate indifference to serious medical needs. This action is currently set for a video settlement conference before Magistrate Judge Boone on May 28, 2020.

    On April 29, 2020, the Court issued a writ of habeas corpus ad testificandum directing the production of Plaintiff Fred Feleki Martinez, inmate, CDCR #G-36444, for a video settlement conference on May 28, 2020, as a witness on his own behalf in this matter. (ECF No. 39.) On

1

May 1, 2020, Defendants filed a request to reschedule the May 28, 2020 video settlement conference due to the unavailability of videoconferencing as a result of CDCR's COVID-19 response.  (ECF No. 40.)  Defendants request that the conference be rescheduled for July 27, 2020, and counsel has been informed that California Medical Facility's videoconferencing equipment is available on this date.  (Id.)

The Court finds good cause to continue the video settlement conference in this matter. Therefore, the transportation writ for Inmate Martinez shall be vacated.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' request to reschedule the May 28, 2020 video settlement conference, (ECF No. 40), is GRANTED;
2. The May 28, 2020 video settlement conference is continued to **July 27, 2020 at 11:00 a.m.**;
3. Counsel for Defendants is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed.  Counsel shall also contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for information on how to facilitate the conference;
4. The writ of habeas corpus ad testificandum directing the production of Fred Feleki Martinez, inmate, CDCR #G-36444, issued on April 29, 2020, (ECF No. 39), is VACATED;
5. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at California Medical Facility, and on the Litigation Coordinator of any other institution(s) which require this information; and
6. The Court will issue an amended transportation writ in due course.

IT IS SO ORDERED.

Dated:   **May 5, 2020**            /s/ Barbara A. McAuliffe            _
UNITED STATES MAGISTRATE JUDGE