UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE PRISON,<br><br>CORCORAN, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-00108-DAD-BAM (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE TO AUGUST 31, 2020, AT 11:00 A.M.<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON CALIFORNIA MEDICAL FACILITY |

Plaintiff Fred Feleki Martinez is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is currently set for a video settlement conference before the undersigned on July 27, 2020.

Based on the Court's calendar and the COVID-19 pandemic, the video settlement conference is continued to August 31, 2020, at 11:00 a.m.

Accordingly, it is HEREBY ORDERED that:

1. The July 27, 2020 video settlement conference is continued August 31, 2020, at 11:00 a.m.

2. Counsel for Defendants is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed. Counsel shall also

1

        contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for information on how to facilitate the conference;

3.   The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at California Medical Facility; and

4.   The Court will issue any necessary transportation writ in due course.

IT IS SO ORDERED.

Dated: **June 30, 2020**

UNITED STATES MAGISTRATE JUDGE