# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA STATE PRISON, CORCORAN, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00108-DAD-BAM (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE TO SEPTEMBER 29, 2020, AT 10:00 A.M. |

　　This case is currently set for settlement conference before the undersigned on August 31, 2020, at 11:00 a.m.

　　In light of the COVID-19 pandemic and the coronavirus protocols, the Court finds it necessary to continue the settlement conference to **September 29, 2020, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   **July 28, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE