# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE PRISON, CORCORAN, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00108-DAD-BAM (PC)<br><br>ORDER REQUIRING REMOTE APPEARANCES AT SETTLEMENT CONFERENCE<br><br>**Date: September 29, 2020**<br>**Time: 10:00 a.m.** |

　　　　This case is currently set for settlement conference before the undersigned on September 29, 2020, at 10:00 a.m.

　　　　In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear **remotely** via Zoom.

　　　　Counsel for Defendants shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for the video and dial-in information for all parties. Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated:   **August 31, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1