**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE PRISON,<br><br>CORCORAN, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00108-DAD-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS REQUEST TO RESCHEDULE THE SEPTEMBER 29, 2020 VIDEO SETTLEMENT CONFERENCE<br>(ECF No. 48)<br><br>**Date: November 2, 2020**<br>**Time: 11:00 a.m.**<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE INMATE FRED FELEKI MARTINEZ, CDCR #g-36444<br>(ECF No. 46)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON CALIFORNIA MEDICAL FACILITY |

Plaintiff Fred Feleki Martinez is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is currently set for a video settlement conference before the undersigned on September 29, 2020.

On September 1, 2020, the Court issued a writ of habeas corpus ad testificandum directing the production of Plaintiff Fred Feleki Martinez, inmate, CDCR #G-36444, for a video settlement conference on September 29, 2020, as a witness on his own behalf in this matter. (ECF No. 46.)

On September 10, 2020, Defendants filed a request to reschedule the settlement conference September 29, 2020, to accommodate the restrictions the California Department of Corrections and

1

Rehabilitation has put into place to restrict the spread of COVID-19.  (ECF No. 48.)  Defendants request the conference be rescheduled for November 2, 2020, and counsel has been informed that California Medical Facility's videoconferencing equipment is available that date from 8:30 a.m. to 1:30 p.m.  (Id.)

        The Court finds good cause to continue the video settlement conference in this matter.  Therefore, the transportation writ for Inmate Fred Feleki Martinez shall be vacated.

        Accordingly, it is HEREBY ORDERED that:

1. Defendants' request to reschedule the September 29, 2020 video settlement conference, (ECF No. 48), is GRANTED;
2. The September 29, 2020 video settlement conference is continued to **November 2, 2020 at 11:00 a.m.**;
3. Counsel for Defendants is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed.  Counsel shall also contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for information on how to facilitate the conference;
4. The writ of habeas corpus ad testificandum directing the production of Fred Feleki Martinez, inmate, CDCR #G-36444, issued on September 1, 2020, (ECF No. 46), is VACATED;
5. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at California Medical Facility, and on the Litigation Coordinator of any other institution(s) which require this information; and
6. The Court will issue an amended transportation writ in due course.

IT IS SO ORDERED.

Dated:   **September 10, 2020**                    /s/ signature

                                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28