# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>      Plaintiff,<br><br>    v.<br><br>RUBIO, et al.,<br><br>      Defendants. | Case No. 1:19-cv-00108-DAD-BAM (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>THIRTY DAY DEADLINE |

This action was filed on January 25, 2019. On November 2, 2020, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within **thirty (30) days** of the date of service of this order.

IT IS SO ORDERED.

Dated: **November 2, 2020**

                              UNITED STATES MAGISTRATE JUDGE