UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>         Plaintiff,<br><br>   v.<br><br>CALIFORNIA STATE PRISON CORCORAN, *et al.*,<br><br>         Defendants. | Case No.: 1:19-cv-00108-DAD-BAM (PC)<br><br>ORDER THAT INMATE FRED FELEKI MARTINEZ IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Fred Feleki Martinez is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on November 2, 2020. Inmate Fred Feleki Martinez, CDCR #AM-9766, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **November 2, 2020**

UNITED STATES MAGISTRATE JUDGE